ALICE MAE HERBOLD and EDWARD HERBOLD, Respondents, v. THE CITY OF YONKERS and LOUIS FORMATO, Appellants.— Action by plaintiff wife to recover damages for personal injuries sustained in a fall on an ice-covered sidewalk, and by the plaintiff husband for loss of services and expenses. Order granting plaintiffs' motion to set aside the verdict of a jury in favor of the defendants and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

WILLIAM HOPPER, Appellant, v. GENUNG's INC., Respondent.— Action for damages for personal injuries as a consequence of a wheel of defendant's automobile passing over the foot or ankle of the plaintiff. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Amended Petition of WILLIAM J. SCHROEDER for Probate of the Last Will and Testament of ELVIRA BEHNCKE, Deceased. H. RICHARD PANZER and CROSSWOOD W. PANZER, Appellants; WILLIAM J. SCHROEDER, Respondent.— Order of the Surrogate's Court, Kings County, denying appellants' motion for an order appointing a referee to take the testimony of certain persons in support of a proposed motion to set aside a verdict and for a new trial, and for a stay of all proceedings in the meantime, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.